UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

October 11, 2007

**FILED**
OCT 31 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| THEOTIS GOLDEN,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>GEORGE W. KENNEDY, District Attorney; et al.,<br><br>      Defendants - Appellees. | No. 07-16669<br>D.C. No. CV-06-05215-JW<br><br>**REFERRAL NOTICE** |

    This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

    If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

    This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Jeffery Crocker
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA (San Jose)

**FILED**
OCT 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| THEOTIS GOLDEN,<br><br>      Plaintiff - Appellant,<br>v.<br><br>GEORGE W. KENNEDY, District Attorney; et al.,<br><br>      Defendants - Appellees. | No. 07-16669<br>D.C. No. CV-06-05215-JW<br><br><br>**ORDER** |

This appeal has been taken in good faith    [   ]

This appeal is not taken in good faith    [✓]

Explanation: _Plaintiff failed to file an amended complaint in the time provided. Case was dismissed pursuant to Federal Rule of Civil Procedure 41(b), with prejudice, for failure to prosecute._

_____
James Ware, Judge
United States District Court

Date: _OCT 2 4 2007_